# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA CHAO,<br><br>        Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:22-cv-01601-MAA<br><br>[PROPOSED] ORDER ON JOINT MOTION FOR AWARD AND PAYMENT OF ATTORNEY FEES, EXPENSES, AND COSTS PURSUANT TO THE EQUAL JUSTICE ACT, 28 U.S.C. SECTION 2412(D) |

Pending before the Court is the Parties' June 27, 2023 Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Justice Act, 28 U.S.C. section 2412(d) ("Joint Motion"). Based upon the Parties' submission and their stipulation to the fee award, the Court GRANTS the Joint Motion and awards to Plaintiff attorney's fees in the amount of $4,530.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $402.00 as authorized by 28 U.S.C. § 1920

///

-1-

1 | subject to the terms of the Stipulation, including, but not limited to, any offset as
2 | determined by the Government.

3 | **IT IS SO ORDERED.**

4 | DATE: June 28, 2023

_____
THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3 | /s/ *Lawrence D. Rohlfing*

4 | _____
Lawrence D. Rohlfing
Attorney for plaintiff